UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVID GEARY,<br><br>Plaintiff,<br><br>v.<br><br>CNR ENTERPRISES, INC.,<br><br>Defendant. | Case No. 1:22-cv-00501-JLT-BAK<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 9) |

On July 26, 2022, Plaintiff filed a notice of voluntary dismissal of this entire action with prejudice. (ECF No. 9.) In light of the notice, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **July 27, 2022**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

1